# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: WELDING FUME PRODUCTS LIABILITY LITIGATION | CASE NO. 1:03-CV-17000 |
| | MDL DOCKET NO. 1535 |
| _____ | |
| | JUDGE O'MALLEY |
| THIS DOCUMENT RELATES TO: CERTAIN PLAINTIFFS' | |
| See Exhibit A | ORDER GRANTING CERTAIN PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

## ORDER GRANTING CERTAIN PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Upon due consideration of Certain Plaintiffs' Motion for Voluntary Dismissal without Prejudice filed by Welding Fume Plaintiffs listed in Exhibit A, in the above-captioned matter and, for good cause shown, the Court finds the Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that any and all claims asserted in this multidistrict litigation by and on behalf of Plaintiffs referenced herein be and are hereby voluntarily dismissed without prejudice and without costs pursuant to Fed. R. Civ. P. 41(a).

IT IS SO ORDERED.

Dated: __9/1/09__          __s/Kathleen M. O'Malley__
                                              Judge Kathleen M. O'Malley
                                              United States District Court Judge